William Robert **GIBSON**, Appellant,

v.

**PREMIUM STANDARD FARMS, INC.**, Appellee.

No. 03–2604.

United States Court of Appeals, Eighth Circuit.

Submitted March 5, 2004.

Decided March 25, 2004.

Jerold L. Drake, Grant City, MO, for Plaintiff–Appellant.

Jeffrey D. Hanslick, Beth Ann Larigan, Blackwell & Sanders, Kansas City, MO, for Defendant–Appellee.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

William Robert Gibson appeals from the district court's[1] adverse grant of summary judgment in his Age Discrimination in Employment Act lawsuit. Upon our careful de novo review of the admissible evidence, we conclude summary judgment was proper because Gibson failed to submit evidence that Premium Standard Farm's (PSF's) stated reason for his termination—violation of PSF's policy against intentional animal abuse—was a pretext for age discrimination. *See Winkle v. S.W. Bell Tel. Co.*, 195 F.3d 418, 420 (8th Cir. 1999) (standard of review; burden-shifting analysis).

We also conclude Gibson's service-letter claim fails because he did not adduce evidence that PSF's stated reason for firing him was false. *See* Mo.Rev.Stat. § 290.140 (2000); *Stark v. Am. Bakeries Co.*, 647 S.W.2d 119, 124 n. 5 (Mo.1983) (en banc).

Accordingly, we affirm.

---

1. The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.